**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALMA DELIA CASTELLANOS-LEON, | No. 10-71417 |
| Petitioner, | Agency No. A075-648-886 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011[**]

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Alma Delia Castellanos-Leon, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying her motion to

reopen. We review for abuse of discretion the denial of a motion to reopen, *Singh*

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*v. Gonzales*, 491 F.3d 1090, 1095 (9th Cir. 2007), and we grant the petition for review.

The BIA abused its discretion in declining to equitably toll the filing deadline for Castellanos-Leon's untimely motion to reopen between "late-2007" and January 25, 2008, where sworn statements submitted in support of the motion indicate that Castellanos-Leon did not definitively learn of her prior counsels' deficiencies until January 25, 2008. *See id*. at 1096.

**PETITION FOR REVIEW GRANTED; REMANDED.**

10-71417